| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARIA DURAN-SOTO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:17-cr-00132-LJO |
| *Plaintiff,* | | **STIPULATION TO AMEND ORDER FOR TEMPORARY RELEASE** |
| vs. | | |
| MARIA DURAN-SOTO, | | |
| *Defendant.* | | |

On August 21, 2018, this Court ordered Maria Duran-Soto released for 24 hours commencing yesterday at 4:00 p.m. Ms. Duran-Soto was ordered to return to Fresno County Jail no later than August 22, 2018 at 4 p.m. Unfortunately, Ms. Duran-Soto was not released until approximately 10:00 p.m. Accordingly, the parties HEREBY STIPULATE to modify the Court's order such that Ms. Duran-Soto must return to Fresno County Jail by 10:00 p.m. today, August 22, 2018.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 22, 2018				*/s/ Jeffrey Spivak*
						JEFFREY SPIVAK
						Assistant United States Attorney
						Attorney for Plaintiff


						HEATHER E. WILLIAMS
						Federal Defender


Dated: August 22, 2018				*/s/ Hope Alley*
						HOPE ALLEY
						Assistant Federal Defender
						Attorney for Defendant
						MARIA DURAN-SOTO

ORDER

Pursuant to the parties' stipulation, the Court's order that Ms. Duran-Soto report to Fresno County Jail by 4:00 p.m. on August 22, 2018, is HEREBY AMENDED to 10:00 p.m. on August 22, 2018. All other conditions remain the same.

IT IS SO ORDERED.

Dated:   **August 22, 2018**			/s/ *Sheila K. Oberto*
						UNITED STATES MAGISTRATE JUDGE

Duran-Soto – Stipulation to Amend Order