HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MARIA DURAN-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00132-LJO |
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| MARIA DURAN-SOTO, | |
| Defendant. | |

Upon consideration of Defendant Maria Duran-Soto's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Ms. Duran-Soto is released to the custody of Berta Medina for the purpose of visiting her mother at the Bristol Hospice. Ms. Duran-Soto shall be released today at 4:00 p.m. She shall return to the Fresno County Jail no later than 4:00 p.m. on August 22, 2018. While on release, Ms. Duran-Soto is ordered to remain in the care, custody and control of Berta Medina. She is further ordered to abide by all laws during the period of his temporary release.

DATED: 8/21/18

HONORABLE SHEILA K. OBERTO
United States Magistrate Judge